Brian A. Barboza, Esq. (SBN: 257423)
Law Offices of Brian A. Barboza
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile: (707) 543-1304

Attorney for Debtor
DECK SUPPLY WAREHOUSE, LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>DECK SUPPLY WAREHOUSE, LLC<br><br>Debtor | Case No. 21-10266<br>Chapter 11<br><br>**DECLARATION OF WESTON LEAVENS IN SUPPORT OF CONFIRMATION OF CHAPTER 11 PLAN**<br><br>Confirmation Hearing:<br>Date: October 20, 2021<br>Time: 11:00 AM<br>Location: Tele / Video Conference |

I, Weston Leavens, declare as follows:

1. I am the co-owner of the Debtor Deck Supply Warehouse LLC along with my wife Jeanette Leavens. We are the only owners / members of the Debtor.

2. I, along with my wife Jeanette Leavens, also are the sole owners of Deckmaster Fine Decks Inc. which is a deck building and deck repair company. We are the only owners of the corporation and I am the Chief Executive Officer.

3. Prior to the above referenced chapter 11 bankruptcy case, over the course of years, Deckmaster Fine Decks Inc. provided the Debtor with capital to purchase inventory. The payment of capital from Deckmaster Fine Decks Inc to the Debtor was characterized as a liability the Debtor owes to Deckmaster Fine Decks. At the time the bankruptcy case was filed the amount characterized as a liability was $287,027.69. This amount was listed in the Debtor's schedule F as a general unsecured claim.

4. The Debtor, controlled by myself and Jeanette Leavens, formulated the Chapter 11 Plan currently pending confirmation. The claim owed to Deckmaster Fine Decks Inc. was placed in a separate class (class 3-B) in the Plan and was to receive no money or other property under the Plan's distribution. This was done purposefully as a show of good faith to provide as much return to the non-insider creditors as possible.

5. As the Chief Executive Officer of Deckmaster Fine Decks Inc. I completed and submitted a Ballot on behalf of claimant accepting the chapter 11 Plan knowing there was no distribution to be paid to Deckmaster Fine Decks Inc. Again, this was an attempt to show good faith. The intent was to have the vote of Deckmaster Fine Decks Inc be for acceptance of the Plan, not some automatic rejection. A true and correct copy of the Voting Ballot I submitted on behalf of Deckmaster Fine Decks Inc. is attached hereto as Exhibit 1.

6. It has come to my attention that despite the desire of Deckmaster Fine Decks and the Debtor to provide as much as possible to all the other non-insider creditors that by not receiving anything under the Plan the Plan may not be confirmed. If the Court requires some payout to Class 3-B Claimant Deckmaster Fine Decks in order to satisfy the constructs of the Bankruptcy Code (including counting the ballot as an acceptance and satisfying the best interest of Creditors Test) then the Debtor is willing to pay through the Plan and Deckmaster is willing to accept any amount the Court deems just and proper. The vote of Deckmaster Fine Decks Inc will still be to accept the Chapter 11 Plan whether it receives nothing or some other amount the court deems proper.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief executed this 14th day of October, 2021 at Windsor, California.

/S/ Weston Leavens
Weston Leavens

# EXHIBIT 1

**(Voting Ballot of Deckmaster Fine Decks Inc.)**

# BALLOT

## *Acceptance or Rejection of the Plan*

The undersigned, the holder of a claim against the Debtor, Deck Supply Warehouse, LLC, votes as follows:

**I hereby**

[X] **Accept the Plan**

[ ] **Reject the Plan**

Dated: 10-12-2021

DECKMASTER Fine Decks, INC.
Type or print name of Creditor or Shareholder

WESTON LEAVENS
Type or print name of Signatory

/s/ Weston Leavens
Signature (Required for vote to be considered)

4710 Vine Hill Rd
Address
Sebastopol, CA 95472

707-292-9398
Telephone Number

This Ballot *does not* constitute a Proof of Claim, informal or otherwise.

Your Ballot must be received by **October 13, 2021**

| **Return by Mail** | **Return by Email** | **Return by Facsimile** |
|---|---|---|
| Brian A. Barboza<br>Law Office of Brian A. Barboza<br>131-A Stony Circle, Suite 500<br>Santa Rosa, CA 95401 | Email: bbarboza@barbozaesq.com | Fax No. (707)543-1304 |